IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SETH BOONE TEMPLES, | : |
| Plaintiff, | : |
| vs. | : 7:04-CV-73(HL) |
| SHIRLEY LEWIS, et al., | : |
| Defendant. | : |

**O R D E R**

The plaintiff herein has now filed his second motion for appointed counsel to represent him in the above-styled proceeding brought pursuant to 42 U.S.C. § 1983. The court has previously indicated that on its own motion it will consider obtaining legal representation for the plaintiff if and when it becomes apparent that such legal assistance is required to avoid prejudice to his rights. Thus far, the plaintiff has clearly set forth his contentions. Plaintiff's case appears to be a rather straightforward claim of an alleged Eighth amendment violation. He has not alleged any change in the case such that exceptional circumstances now exist to warrant appointment of legal counsel and the court is of the opinion that legal assistance is not now required. Accordingly, the plaintiff's Motion for Appointment of Counsel is **DENIED**.

**SO ORDERED** this 18th day of November 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE