# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **SETH BOONE TEMPLES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **7:04-CV-73 (HL)** |
| **SHIRLEY LEWIS, NURSE TARA,** : | |
| **SGT. McWATERS, SGT.** : | |
| **McKENNON, and SGT. COFFIELD,** : | |
| : | |
| **Defendants.** : | |

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. 20) filed December 12, 2005, has been throughly read and considered and is, hereby, approved, adopted, and made the order of the Court.

**SO ORDERED**, this the 21st day of December, 2005.

　　　　　　　　　　　　　　　　　　　　**/s/ Hugh Lawson**
　　　　　　　　　　　　　　　　　　　　**HUGH LAWSON, Judge**

scs