IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SETH BOONE TEMPLES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| VS. | : | NO. 7:04-CV-73(HL) |
| | : | |
| SHIRLEY LEWIS, NURSE TARA, SGT. McWATERS, SGT. McKENNON, and SGT. COFFIELD, | : | |
| | : | |
| Defendants. | : | |

NOTICE OF FILING OF MOTIONS TO DISMISS

Defendants herein have filed motions seeking dismissal of the above-styled action alleging that plaintiff's claim is barred by the running of the two year statute of limitations and that defendant McWaters has never been served with process. The plaintiff is advised of his opportunity to respond to the Defendants' motions to dismiss pursuant to the dictates of the following notice:

Since plaintiff is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Plaintiff is advised that:

(1) MOTIONS TO DISMISS have been filed herein by all defendants.

(2) plaintiff has the right to oppose the granting of said motions; and

(3) if plaintiff fails to oppose said motions, his complaint may be dismissed as to those defendants.

Plaintiff is further advised that under the procedures and policies of this court, motions to dismiss are normally decided on briefs. The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTIONS TO DISMISS MAY RESULT IN THE GRANTING OF THE MOTIONS**. Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motion to dismiss. <u>There would be no trial or further proceedings</u> herein as to Defendants whose motion was granted.

Accordingly, the plaintiff may file a response to said motions to dismiss **WITHIN TWENTY(20) DAYS OF RECEIPT OF THIS ORDER.** Thereafter, the court will consider the motions and any opposition to same filed by the plaintiff.

**SO NOTICED**, this 1st day of February 2006.

/s/ Richard L. Hodge  
RICHARD L. HODGE  
UNITED STATES MAGISTRATE JUDGE