IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SETH BOONE TEMPLES,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:04-CV-73 (HL) |
| : | |
| **SHIRLEY LEWIS, et al,** : | |
| : | |
| **Defendants** : | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 39) filed June 9, 2006, has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

An objection by Defendant McWaters to the Magistrate Judge's Recommendation (Doc. 41) filed June 19, 2006 has also been read and thoroughly considered and was found to prove correct.

As a result the United States Magistrate Judge filed an Amended Recommendation (Doc. 42) on June 20, 2006. This Amended Recommendation is also approved, adopted and made the Order of the Court.

**SO ORDERED,** this the 12th day of July, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**