# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **SETH BOONE TEMPLES,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No.** |
| | : | **7:04-CV-73 (HL)** |
| **SHIRLEY LEWIS, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is a Report and Recommendation (Doc. 44) from United States Magistrate Judge Richard L. Hodge that recommends dismissing Defendant Nurse Tara due to lack of service. Pursuant to 28 U.S.C. § 636, the Court has thoroughly reviewed the issue and Judge Hodge's Recommendation. Plaintiff was ordered to provide the Court with an appropriate service address for Defendant Okori over two months ago. As of the date of this Order Plaintiff has failed to provide an appropriate address and Defendant Nurse Tara has not been properly served with a copy of the complaint. Accordingly, Judge Hodge's Report and Recommendation is accepted and Defendant Nurse Tara is dismissed from this action.

**SO ORDERED**, this the 1st day of September, 2006.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs